

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2020

**BY ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Orelien*, 20 Crim. 636 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act between today and the date of arraignment.

    A grand jury indicted the defendant yesterday, and he is currently detained. The Government understands that the COVID-19 pandemic frequently causes the initial arraignment of a detained defendant to be significantly delayed, and no arraignment date has yet been set. The Government accordingly asks that time be excluded under the Speedy Trial Act between today and either the date of arraignment or November 21, 2020 (a reasonable control date pending scheduling of arraignment), whichever date comes first.

    An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties to produce and review discovery and discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

gins Orelien (by ECF)

---

Arraignment is scheduled for Thursday, December 10, 2020 at 9:00 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 11/30/2020
*Richard M. Berman*
Richard M. Berman, U.S.D.J.