**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      20 CR. 636 (RMB)

   -against-

                                                      **ORDER**

HUGGINS ORELIEN,
                Defendant.
------------------------------------------------------------X

       The arraignment scheduled for Thursday, December 10, 2020 at 9:00 AM will be held telephonically.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0636

Dated: December 2, 2020
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                        U.S.D.J.