**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                     20 CR. 636 (RMB)

   -against-

                                                                                     **ORDER**

HUGGINS ORELIEN,
                Defendant.
------------------------------------------------------------X

       The status conference previously scheduled for Tuesday, February 16, 2021 at 10:00 AM is hereby rescheduled to Wednesday, February 17, 2021 at 9:00 AM.

       In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0636

Dated: February 9, 2021
        New York, NY

                                                                                      RICHARD M. BERMAN
                                                                                          U.S.D.J.