**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

         20 CR. 636 (RMB)

  -against-

**ORDER**

HUGGINS ORELIEN,
                Defendant.
-----------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for March 24, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0636

Dated: March 18, 2021
       New York, NY

                                                    *Richard M. Berman*
                                            RICHARD M. BERMAN
                                                    U.S.D.J.