**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                  20 CR. 636 (RMB)
  -against-

                                                  **ORDER**

HUGGINS ORELIEN,
                Defendant.
------------------------------------------------------------X

       The status conference previously scheduled for Thursday, April 8, 2021 at 12:00 PM is hereby rescheduled to 10:30 AM on the same date.

       In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0636

Dated: April 1, 2021
       New York, NY

                                                              RICHARD M. BERMAN
                                                                  U.S.D.J.