U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2021

**By ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *United States v. Huggins Orelien*, 20 Cr. 636 (RMB)

Dear Judge Berman:

The parties write jointly to request a 30-day adjournment of the conference scheduled for April 8, 2021.

As the Court will recall, a conference was held in this case on March 24, 2021, at which the parties discussed the issue of the defendant's refusal to leave his cell to allow law enforcement officers to collect a DNA sample pursuant to a warrant. The Court set a conference date for April 8, 2021, so that the Government could request a use-of-force order if the defendant again refused to leave his cell. Today, the defendant left his cell voluntarily, and a DNA sample was collected.

At the March 24 conference, the Court suggested that the parties might ask to adjourn the April 8 conference if the DNA issue was resolved. Because the DNA issue has been resolved, the parties jointly ask that the conference be adjourned for approximately 30 days. The defendant has in particular requested that the conference be scheduled for May 4, 5, or 6. The Government further requests that the Court exclude time under the Speedy Trial Act until the new conference date. An exclusion is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the defendant to review discovery and prepare

motions, and will allow the parties to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to the exclusion of time.

                Respectfully submitted,

                AUDREY STRAUSS
                United States Attorney
                Southern District of New York

                */s/ Kevin Mead*
                Kevin Mead
                Assistant United States Attorney
                (212) 637-2211

cc:    Camille Abate, Esq. (by ECF)

---

Application granted. Conference adjourned to May 6, 2021 at 10:30 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 4/2/21

Richard M. Berman, U.S.D.J.