**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

HUGGINS ORELIEN,
                Defendant.
------------------------------------------------------------X

20 CR. 636 (RMB)

**<u>ORDER</u>**

      The status conference previously scheduled for Thursday, May 6, 2021 at 10:30 AM is hereby rescheduled to 3:30 PM on the same date.

      In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0636

Dated: April 30, 2021
       New York, NY

                              _____
                                RICHARD M. BERMAN
                                    U.S.D.J.