**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

                  20 CR. 636 (RMB)

  -against-

                  **ORDER**

HUGGINS ORELIEN,
           Defendant.
-----------------------------------------------------------X

    The bail hearing previously scheduled for Thursday, June 3, 2021 at 12:00 PM is hereby rescheduled to 11:30 AM on the same date.

    In light of the continuing COVID-19 pandemic, the hearing is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

    Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (917) 933-2166
Access Code: 457 284 217#

Dated: May 26, 2021
       New York, NY

                                      _____
                                         RICHARD M. BERMAN
                                              U.S.D.J.