**CAMILLE M. ABATE, ESQ.**
ATTORNEY AT LAW

━●•O•●━

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003  •  FAX:  (212) 937-2112

August 17, 2021

**VIA ECF**

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: Request for Enlargement of Time for Motion Practice
     USA v. Huggins Orelien, 20 Cr. 636 (RMB)

Dear Judge Berman:

I must respectfully request one additional enlargement of time to file motions in the above-captioned case. I ask that my time to file defense motions be extended to August 23, 2021, with the government's response due on September 7, and any reply brief to be filed by September 10.

The reason for this request is that I am still slightly behind in work due to the tragedy which occurred in my family in late July. I believe that the additional five days will be sufficient to allow me to complete the pretrial motions.

I have spoken to Assistant United States Attorney Kevin Mead about this application, and he has no objection to the proposed extension of my time to file motions and to the government's response time. I consent to waive any speedy trial issues during this period.

                 Sincerely,

                 *s/s Camille M. Abate, Esq.*

Extension granted as set forth above.

SO ORDERED:
Date: 8/18/21
Richard M. Berman, U.S.D.J.