**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

HUGGINS ORELIEN,
                Defendant.
------------------------------------------------------------X

20 CR. 636 (RMB)

**ORDER**

     In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, September 23, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 0636

Dated: September 15, 2021
       New York, NY

                                        RICHARD M. BERMAN
                                             U.S.D.J.