**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                              20 CR. 636 (RMB)

   -against-

                                              **ORDER**

HUGGINS ORELIEN,
                Defendant.
------------------------------------------------------------X

The suppression hearing scheduled for November 4, 2021 at 9:00 AM will be held in courtroom 17B.

Dated: October 28, 2021
       New York, NY

                                                                                 */s/ Richard M. Berman*
                                                                  RICHARD M. BERMAN
                                                                        U.S.D.J.