UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

HUGGINS ORELIEN,
               Defendant.
------------------------------------------------------------X

20 CR. 636 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the conference scheduled for Wednesday, January 12, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0636

Dated: January 5, 2022
       New York, NY

                                  _____
                                    RICHARD M. BERMAN
                                         U.S.D.J.