**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

                20 CR. 636 (RMB)

  -against-

                **ORDER**

HUGGINS ORELIEN,
                Defendant.
------------------------------------------------------------X

      The final pretrial conference previously scheduled for Wednesday, June 29, 2022 at 12:00 PM is hereby rescheduled to 11:30 AM on the same date. The proceeding will be held in Courtroom 17B.

Dated: June 22, 2022
       New York, NY

                              _____
                                RICHARD M. BERMAN
                                    U.S.D.J.