**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                  20 CR. 636 (RMB)

  -against-

                  **ORDER**

HUGGINS ORELIEN,
               Defendant.
------------------------------------------------------------X

      The final pretrial conference previously scheduled for Wednesday, June 29, 2022 at 11:30 AM is hereby rescheduled to Tuesday, July 5, 2022 at 9:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0636

Dated: June 28, 2022
       New York, NY

                                   _____
                                      RICHARD M. BERMAN
                                          U.S.D.J.