**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                     20 CR. 636 (RMB)
   -against-

                                                     **ORDER**

HUGGINS ORELIEN,
                Defendant.
------------------------------------------------------------X

      The sentencing scheduled for Tuesday, November 29, 2022 at 12:00 PM will take place in Courtroom 17B.

Dated: November 15, 2022
       New York, NY

                                                     _____
                                                       RICHARD M. BERMAN
                                                       U.S.D.J.