**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                20 CR. 636 (RMB)

   -against-

                **AMENDED ORDER**

HUGGINS ORELIEN,
                Defendant.
------------------------------------------------------------X

      The sentencing scheduled for Tuesday, November 29, 2022 at 12:00 PM is hereby rescheduled to Wednesday, December 14, 2022 at 2:00 P.M.

      The proceeding will take place in Courtroom 17B.

Dated: November 16, 2022
      New York, NY

                              *Richard M. Berman*
                              _____
                              RICHARD M. BERMAN
                              U.S.D.J.