**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

       20 CR. 636 (RMB)

   -against-

**ORDER**

HUGGINS ORELIEN,
             Defendant.
------------------------------------------------------------X

The sentencing previously scheduled for Wednesday, December 14, 2022 at 2:00 PM is hereby rescheduled to Wednesday, December 21, 2022 at 10:00 A.M.

The proceeding will take place in Courtroom 17B.

Dated: December 12, 2022
      New York, NY

_____
      RICHARD M. BERMAN
      U.S.D.J.