CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

━━━━•O•━━━━

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

October 20, 2022

**VIA EMAIL**

Hon. Richard M. Berman
United States District Judge
Patrick M. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

       Re: **Request for Adjournment of Sentence**
           *United States v. Huggins Orelien*, 20 Cr. 636 (RMB)

Dear Judge Berman:

I represent Huggins Orelien in the above-captioned case. Sentence was originally scheduled for December 14, 2022 but then was moved to December 21, 2022. I write to request a two-week adjournment of sentence, until January 3 or 4, 2023, at the Court's convenience.

The reason for this request is that my husband is having an eye operation on December 21 that cannot be delayed. He will require my assistance in driving from the operation, and for the ensuing week with medication.

I have spoken to AUSA Mead about this matter. The government consents to the adjournment of sentence until January 3 or 4, 2023.

Thank you for your prompt consideration of this matter.

                                        Sincerely,

                                        *Camille M. Abate*

                                        Camille M. Abate

Sentence is adjourned to February 3, 2023 at 12:00 PM.

SO ORDERED:
Date: 12/19/22

Richard M. Berman, U.S.D.J.