UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                Government,         :       20 CR. 636 (RMB)
                                          :
    - against -                         :       **ORDER**
                                          :
HUGGINS ORELIEN,                          :
                                          :
                Defendant.          :
-------------------------------------------------------------x

       The sentencing scheduled for Wednesday, February 8, 2023 at 12:00 P.M. will take place in Courtroom 17B.

Dated: February 1, 2023
       New York, NY

                                                   _____
                                                    RICHARD M. BERMAN
                                                        U.S.D.J.