UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                              **ORDER**

          -against-                                                          20 **CR.** 636 (RMB)

HUGGINS ORELIEN,

                               Defendant.
-----------------------------------------------------------X

      By Mandate issued on November 25, 2024, the Second Circuit Court of Appeals affirmed the judgment as to the convictions, but vacated the obstruction of justice enhancement and remanded the case to the District Court for further proceedings. See November 25, 2024 Mandate [#103].

      Counsel are directed to appear for a remote (phone) conference on December 16, 2024 at 11:00 a.m. Dial in by phone: 646-453-4442; phone conference ID: 907 300 37#

Dated: New York, New York
           December 3, 2024

                                                              _____
                                                         **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/24