**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,         20 CR. 636 (RMB)

     - against -                **ORDER**

HUGGINS ORELIEN,

                Defendant.
------------------------------------------------------------------x

The status conference is scheduled for Monday, December 30, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Please use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 907 300 37#

Dated: December 18, 2024
      New York, NY

                                            **RICHARD M. BERMAN**
                                                    **U.S.D.J.**