# CAMILLE M. ABATE, ESQ.
## ATTORNEY AT LAW

───●○●───

333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

January 17, 2025

**VIA ECF**

Hon. Richard M. Berman
United States District Judge
500 Pearl Street
New York, New York 10007

*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 1/21/25*

Re: *United States v. Huggins Orelien*, 20 Cr. 636 (RMB)
**Joint Letter Request to Extend Time to Propose Procedure for Mandate**

Dear Judge Berman:

The government and defense counsel jointly request an additional ten days to propose a procedure to fulfill the Mandate issued by the Court of Appeals.

The reason for this is because, when I reviewed the documents and my own case file, I realized that the probation interview of Mr. Orelien had been conducted virtually, and I had no notes of what transpired. I had no notes nor recollection of specific questions were asked and what the answers were, on the essential issue of drug use. I therefore wrote to Probation Officer Sara Willette to see if she still had her notes.

Officer Willette responded today, stating that the Probation Department typically keeps the notes of defendant interviews. However, she has been out of the office and will not be able to have a definite answer on this before Wednesday of next week. If she can locate the notes, both the government and I are interested in seeing them at a time convenient to everyone, before submitting a proposed procedure to the Court.

We therefore jointly request an extension of ten days, until January 31, 2025, to submit a joint letter to Your Honor on this issue.

**Extension granted.**

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

SO ORDERED:
cc: AUSA Kevin Mead via ECF
Date: 1/21/25
*Richard M. Berman*
Richard M. Berman, U.S.D.J.