**CAMILLE M. ABATE**
ATTORNEY AT LAW
~
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

May 15, 2025

<u>**VIA ECF**</u>                                                                                   **MEMO ENDORSED**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Huggins Orelien*, 20 Cr. 636 (RMB)

Dear Judge Berman:

    I write to request an adjournment of the oral argument date in the above-captioned case, currently scheduled for Tuesday, May 20, at 10:00 a.m. A family matter of some urgency has come up that requires my assistance in Connecticut next week from May 19-23. I expect to be back in New York the following week.

    After speaking with the government and Chambers, I respectfully request that the argument be rescheduled for Tuesday, June 3, at 10:00 a.m.

Sincerely,

*Camille M. Abate*

Camille M. Abate

cc: Kevin Mead, Esq. and Marguerite Colson, Esq. (via ECF)

---

Application as to Tuesday, June 3 and 10:00 a.m. is granted.

SO ORDERED:
Date: 05/16/2025

*Richard M. Berman*
Richard M. Berman, U.S.D.J.