**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,  :   20 CR. 636 (RMB)
                                           :
      - against -                       :   **ORDER**
                                           :
                                           :
HUGGINS ORELIEN,                           :
                                           :
                Defendant.   :
-------------------------------------------------------------x

       The oral argument scheduled for Tuesday, June 3, 2025 at 10:00 A.M. will take place in Courtroom 17B.


Dated: May 28, 2025
       New York, NY

                                    _____
                                        RICHARD M. BERMAN
                                            U.S.D.J.